**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
------------------------------------------------------------X

JOHAN DANIYAN,                                      :

                    Plaintiff,                         :

           - against -                                :        07 Civ. 02734 (JHR) (JS)

                          :

MARINA DISTRICT DEVELOPMENT         :
COMPANY LLC, *d/b/a Borgata Hotel*            :        **Notice of Appearance**
*Casino & Spa*,                                            :

                          :

                 Defendant.                     :
------------------------------------------------------------X

### TO: CLERK OF COURT AND ALL PARTIES OF RECORD

    **PLEASE TAKE NOTICE** that the Gregg Salka hereby enters his appearance as counsel for Plaintiff in the above-captioned matter.

Date:  March 11, 2009
         New York, New York

                  THOMPSON WIGDOR & GILLY LLP

              By: _____
                  Gregg Salka (GS-8294)

                  85 Fifth Avenue
                  New York, NY  10003
                  Telephone:   (212) 257-6800
                  Facsimile:    (212) 257-6845

                  COUNSEL FOR PLAINTIFF