UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------X
JOHAN DANIYAN,

                        Plaintiff,

                        No. 07 Civ. 2734 (JHR)(JS)

    v.

MARINA DEVELOPMENT
COMPANY LLC, *d/b/a Borgata Hotel
Casino & Spa,*

                        Defendants.
-----------------------------------------------------------X

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that attorney Andrew S. Goodstadt hereby enters an appearance as counsel of record for Plaintiff Johan Daniyan in the above-captioned matter. As per the Order dated September 16, 2009, I certify that Mr. Goodstadt has been permitted to appear and participate *pro hac vice* in this matter.

Dated: New York, New York
       September 21, 2009

                                  Respectfully submitted,

                                  THOMPSON WIGDOR & GILLY LLP

                                  By: _____
                                  Gregg H. Salka
                                  85 Fifth Avenue
                                  New York, New York 10003
                                  Telephone: (212) 257-6800
                                  Fax: (212) 257-6845

                                COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Appearance was served this 21st day of September, 2009, via the District Court's ECF electronic filing system upon the following counsel for Defendants:

>Eilieen Oakes-Muskett, Esq.
>Cooper Levenson, P.A.
>1125 Atlantic Avenue
>Atlantic City, NJ 08401

_____
Gregg H. Salka