UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**  **DATE OF PROCEEDINGS:** 09/22/2009

**JUDGE:  JOSEPH H. RODRIGUEZ**  **DATE OF MOTION FILED:** 02/17/2009

**COURT REPORTER:** CARL NAMI, JR.

**DOCKET #**   CIVIL 07-2734 (JHR-JS)

**TITLE OF CASE:**
JOHAN DANIYAN
                v.
MARINA DISTRICT
DEVELOPMENT COMPANY, LLC

**APPEARANCES:**
Gregg H. Salka, Esquire for Plaintiff
Andrew S. Goodstadt, Pro Hac Vice for Plaintiff
Eileen O. Muskett, Esquire for Defendant


**NATURE OF PROCEEDINGS:**  MOTION HEARING

Motion for Summary Judgment by Deft. MARIAN DISTRICT DEVELOPMENT COMPANY, Docket entry #51


**DISPOSITION:**

Decision Reserved.



Adjourned to:_____Time commenced:  1:50 PM   Time Adjourned: 2:35 PM



s/ *David Bruey*
**DEPUTY CLERK**