UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------X
JOHAN DANIYAN,                                       :
                                                     :
                        Plaintiff,        :
                                                     :
           - against -                              :      07 Civ. 02734 (JHR) (JS)
                                                     :
                                                     :      **ECF CASE**
MARINA DISTRICT DEVELOPMENT                          :
COMPANY LLC, *d/b/a Borgata Hotel*                   :
*Casino & Spa*,                                      :
                                                     :
                                                     :
                                                     :
                      Defendant.        :
-------------------------------------------------------------X

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PURSUANT TO RULE 101.1 of the Local Rules of the United States District Court of New Jersey, I, Gregg H. Salka, a member of good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of Kenneth P. Thompson of the law firm of Thompson Wigdor & Gilly LLP, 85 Fifth Avenue, New York, NY 10003, (212) 257-6800 (phone), (212) 257-6845 (fax), to represent Plaintiff Johan Daniyan ("Plaintiff") in this matter.

      Mr. Thompson is a member in good standing of the Bar of the State of New York. There are no pending disciplinary proceedings against Mr. Thompson in any jurisdiction. No discipline has previously been imposed on Mr. Thompson in any jurisdiction.

Dated:  New York, New York
           October 22, 2009

Respectfully submitted,

THOMPSON WIGDOR & GILLY LLP

_____
Gregg H. Salka

85 Fifth Avenue
New York, New York 10003
Tel: (212) 257-6800
Fax: (212) 257-6845

*Counsel for Plaintiff Johan Daniyan*