UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------X
JOHAN DANIYAN,                                    :
                                                  :
                Plaintiff,                :
                                                  :
     - against -                                  :     07 Civ. 02734 (JHR) (JS)
                                                  :
                                                  :
MARINA DISTRICT DEVELOPMENT                       :     **AFFIDAVIT OF**
COMPANY LLC, *d/b/a Borgata Hotel*                :     **KENNETH P.**
*Casino & Spa,*                                   :     **THOMPSON**
                                                  :
                                                  :
                                                  :
                                                  :
                                                  :
                Defendant.                :
------------------------------------------------------------X

      KENNETH P. THOMPSON, ESQ., being duly sworn, deposes and says:

      1.    I make this Affidavit in support of the pending motion for an Order pursuant to the Local Rules of the United States District Court for the District of New Jersey, admitting me *pro hac vice* to appear in this action as attorney of record for Plaintiff Johan Daniyan.

      2.    I am a member of the firm of Thompson Wigdor & Gilly LLP, 85 Fifth Avenue, New York, NY 10003, (212) 257-6800 (telephone), (212) 257-6845 (fax).

      3.    I am over the age of 18 and have personal knowledge of the matters set forth herein.

      4.    I am a member in good standing of the State Bar of New York.

      5.    I have never been disciplined by any Bar Association, and there are no disciplinary proceedings pending against me. I have never been convicted of any felony or misdemeanor criminal violation.

6. I am fully familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of New Jersey, the Federal Rules of Evidence and the Rules of the Court governing the conduct of attorneys and the Disciplinary Rules of the Code of Professional Responsibility.

7. My firm, Thompson Wigdor & Gilly LLP, represents Johan Daniyan and I am knowledgeable of all the relevant facts in this case.

_____
Kenneth P. Thompson

Sworn to before me this
22nd day of October, 2009

_____
Notary Public

ANDREW GOODSTADT
Notary Public, State of New York
No. 02GO6114080
Qualified in Nassau County
Commission Expires August 9, 20 12