UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------X
JOHAN DANIYAN,

                Plaintiff,

   - against -                                  07 Civ. 02734 (JHR) (JS)

                                         **ORDER GRANTING MOTION**
MARINA DISTRICT DEVELOPMENT        **TO ADMIT COUNSEL**
COMPANY LLC, *d/b/a Borgata Hotel*        ***PRO HAC VICE***
*Casino & Spa,*

                Defendant.
------------------------------------------------------------X

      This matter having come before the Court upon the motion of Thompson Wigdor & Gilly LLP, counsel for Plaintiff Johan Daniyan, and the Court being otherwise sufficiently advised, the Court hereby GRANTS said motion, and

      IT IS ORDERED that Kenneth P. Thompson is hereby admitted *pro hac vice* to participate in all aspects of this case on behalf of Plaintiff.

Dated:

                                                                     _____
                                                                     Honorable Joseph H. Rodriguez
                                                                     United States District Judge