## CERTIFICATE OF SERVICE

I, Jeffrey Goldstein, a paralegal at Thompson Wigdor & Gilly LLP, hereby certify that on the 22nd day of October 2009, I caused to be served a true and correct copy of the foregoing (i) Motion for Admission of Counsel *Pro Hac Vice*; (ii) supporting Affirmation of Gregg H. Salka; (iii) supporting Affidavit of Kenneth P. Thompson; and (iv) proposed Order Granting Motion to Admit Counsel *Pro Hac Vice* by ECF upon counsel for Defendant:

_____
Jeffrey Goldstein

Dated: New York, New York
       October 22, 2009