[Doc. No. 71]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

JOHAN DANIYAN,

               Plaintiff,

   v.

BORGATA HOTEL CASINO,

               Defendant.

Civil No. 07-2734 (JHR/JS)

**ORDER**

    This matter having been brought before the Court by Gregg H. Salka, Esquire, counsel for plaintiff, for an Order allowing Kenneth P. Thompson, Esquire, to appear and participate *pro hac vice*; and the Court having considered the moving papers; and there being no opposition to this application; and for good cause shown pursuant to Local Rule 101.1(c), United States District Court for the District of New Jersey;

    IT IS this 4th day of November, 2009, hereby

    **ORDERED** that Kenneth P. Thompson, Esquire, a member of the Bar of the State of New York, be permitted to appear *pro hac vice* in the above-captioned matter in the United States District Court for the District of New Jersey pursuant to Local Rule 101.1(c); provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by Gregg H. Salka, Esquire, a member in good standing with the Bar of the Supreme Court of New Jersey and the Bar of this Court, who shall be held responsible for

said papers and for the conduct of the case, and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and it is further

**ORDERED** that, pursuant to L. Cɪᴠ. R. 101.1(c)(2), Kenneth P. Thompson, Esquire, shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order, enclosing with payment a completed Form PHV-6 (attached); and it is further

**ORDERED** that, pursuant to L. Cɪᴠ. R. 101.1(c)(3), Kenneth P. Thompson, Esquire, shall make a payment of $150.00, payable to the Clerk, United States District Court; and it is further

**ORDERED** that Kenneth P. Thompson , Esquire, shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of Local Rule 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and Local Rule 104.1, <u>Discipline of Attorneys</u>; and it is further

**ORDERED** that, pursuant to L. Cɪᴠ. R. 101.1(c)(4), Kenneth P. Thompson, Esquire, shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:21-7, as amended.

s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge

### New Jersey Lawyers' Fund for Client Protection
## Pro Hac Vice Admission in New Jersey
(Rules 1:21-2(a), 1:20-1(b), 1:28-2, 1:28B-1(e))

**Please submit one check for each attorney payable to *NJ Lawyers' Fund for Client Protection***
**Mail to: NJ Lawyers' Fund, P.O. Box 961, Trenton, NJ 08625-0961**

### 2009 ASSESSMENT  $200.00

The fee is assessed once (but only once) per calendar year per attorney. Attorneys admitted for additional cases within the calendar year should submit the appropriate paperwork; however, no additional payment is required. If a case continues into the next year, a fee for that year will be assessed. An attorney's appearance continues until either the matter is concluded or there is a substitution of counsel. **Fee payments are not prorated.** Full payment is required for the calendar year in which the Order admitting is entered.

## Information to Be Submitted With Payment

### Pro Hac Vice Attorney:

| Name: Last | First | Middle | Title |
|---|---|---|---|
| | | | |

| Date of Birth | SSN* Disclosure is voluntary; for identification purposes. | Sex ☐ Male ☐ Female |
|---|---|---|
| - - | - - | |

| Jurisdiction Where First Admitted To Any U.S. Bar | Year Admitted |
|---|---|
| | |

Have You Ever Been Admitted in New Jersey in any of the Following Categories?
☐ Plenary NJ License   ☐ Multi-Jurisdictional Practitioner   ☐ In-House Counsel   ☐ Foreign Legal Consultant

| Firm Name | Telephone # |
|---|---|
| | |

| Address | |
|---|---|
| | |

| City | State | Zip |
|---|---|---|
| | | - |

| e-mail |
|---|
| |

### Sponsoring New Jersey Attorney:

| Name: Last | First | Middle | Title |
|---|---|---|---|
| | | | |

| Firm Name | Telephone # |
|---|---|
| | |

| Address | |
|---|---|
| | |

| City | State | Zip |
|---|---|---|
| | | - |

### Enclose a copy of the signed Court Order. If it is not yet available, provide an unsigned copy or the following information; send a signed copy when it becomes available.

| Docket # | Jurisdiction |
|---|---|
| | |

| Judge's Name |
|---|
| |

Questions? Please contact the NJ Lawyers' Fund's Pro Hac Vice Unit at (609) 292-8009 or 341-3136.