## NOTICE OF TRIAL

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JOHAN DANIYAN

    Plaintiff(s)

v.                                       Civil No.   07-2734 (JHR-JS)

MARINA DISTRICT
DEVELOPMENT COMPANY, LLC

    Defendant(s)

**PLEASE CALL UNDERSIGNED ONE WEEK PRIOR TO TRIAL DATE RE: SCHEDULING**

**TAKE NOTICE** that the above-captioned action has been set for **TRIAL** before the Honorable Joseph H. Rodriguez, U.S.D.J. on **Tuesday, May 18th, 2010 at 9:30 A.M.** in Courtroom 5D, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 4th & Cooper Streets Camden, New Jersey.

Counsel and/or unrepresented parties must be present and fully prepared to proceed with the trial of this action.

**Proposed voir dire questions, trial briefs, requests to charge, list of all witnesses and list of exhibits, shall be electronically filed with a hard copy delivered to Judge Joseph H. Rodriguez no later than 7 days prior to Trial Date, if not already delivered, even if the trial is adjourned. The Proposed Requests for Charge should be submitted on computer disk, Word Perfect format.**

If you have any questions, please contact the undersigned at (856)757-5193.

WILLIAM T. WALSH, CLERK

By: _____
David Bruey
Deputy Clerk

Dated:   March 4, 2010
cc:    Hon. Joseph H. Rodriguez
       Hon. Joel Schneider