<u>**AMENDED NOTICE OF TRIAL**</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JOHAN DANIYAN

    Plaintiff(s)

v.                                                                           Civil No.   <u>07-2734 (JHR-JS)</u>

MARINA DISTRICT
DEVELOPMENT COMPANY, LLC

    Defendant(s)

**PLEASE CALL UNDERSIGNED
ONE WEEK PRIOR TO TRIAL DATE
RE: SCHEDULING**

**TAKE NOTICE** that the above-captioned action has been set for **TRIAL** before the Honorable Joseph H. Rodriguez, U.S.D.J. on **<u>Monday, September 13th, at 9:30 A.M.</u>** in Courtroom 5D, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 4th & Cooper Streets Camden, New Jersey.

Counsel and/or unrepresented parties must be present and fully prepared to proceed with the trial of this action.

**Proposed <u>voir dire</u> questions, trial briefs, requests to charge, list of all witnesses and list of exhibits, shall be delivered to Judge Joseph H. Rodriguez <u>no later than 7 days</u> <u>prior to Trial Date</u>, if not already delivered, even if the trial is adjourned. The Proposed Requests for Charge should be submitted on computer disk, Word Perfect format.**

If you have any questions, please contact the undersigned at (856)757-5193.

WILLIAM T. WALSH, CLERK

By: _____
David Brucy
Deputy Clerk

Dated:   <u>May 24, 2010</u>
cc:   Hon. Joseph H. Rodriguez
     Hon. Joel Schneider