

## Thompson Wigdor & Gilly LLP ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.twglaw.com

**Andrew S. Goodstadt**
agoodstadt@twglaw.com

August 19, 2010

**VIA ECF**

Honorable Joseph Rodriguez
Mitchell H. Cohen Building & U.S. Courthouse
1 John F. Gerry Plaza
Fourth & Cooper Streets
Camden, New Jersey 08101

    Re: Daniyan v. Marina District Development Company, LLC
        d/b/a Borgata Hotel Casino, No. 07-02734 (JHR) (JS)

Dear Judge Rodriguez:

I am lead counsel for Plaintiff in the above-referenced matter, which is scheduled for trial on September 13, 2010. Due to my imminent departure from Thompson Wigdor & Gilly LLP to start my own practice and the firm's consequent need to reassign responsibility for the trial of this matter to another attorney, I respectfully request that the trial and corresponding pretrial filings be adjourned approximately 30 days until October 18, 2010, or another date thereafter that is convenient to the Court. Defendant's counsel has consented to this request.

Thank you very much for your consideration.

Respectfully submitted,

Andrew S. Goodstadt, Esq.

cc:    Eileen Oakes Muskett, Esq. (*via* ECF)


SO ORDERED        /s/ Joseph H. Rodriguez
                                       JOSEPH H. RODRIGUEZ
                                       UNITED STATES DISTRICT JUDGE