IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A.
1125 Atlantic Avenue - Third Floor
Atlantic City, NJ  08401
(609) 344-3161
File No. 51154.22
Attorney for Defendant, Marina District Development Company, LLC d/b/a Borgata Hotel
Casino & Spa

| | |
|---|---|
| JOHAN DANIYAN, | :NO. 07-cv-02734 (JHR)(JS) |
| Plaintiff : | |
| vs. | Civil Action |
| BORGATA HOTEL CASINO, | **MOTION IN LIMINE TO BAR** |
| | **ANY TESTIMONY REGARDING** |
| Defendant. : | **A WAGE LOSS CLAIM** |

TO:   GREGORY N. FILOSA, ESQUIRE _and_ MARY L. BEJARANO, ESQUIRE
      Attorneys for Plaintiff

PLEASE TAKE NOTICE that the undersigned, attorneys for Defendant, Marina District

Development Company, LLC d/b/a Borgata Hotel Casino & Spa, will apply to the above named

Court on Monday, January 10, 2011 at 9:00 a.m., or as soon thereafter as counsel may be heard,

for an Order to Bar any testimony regarding a wage loss claim.  Reliance will be placed upon the

attached Brief.  A proposed form of Order is annexed.

COOPER LEVENSON APRIL
NIEDELMAN & WAGENHEIM, P.A.

BY:_____
      NANCY A. VALENTINO, ESQUIRE
      Attorney for Defendant, Marina District
      Development Company, LLC d/b/a Borgata
      Hotel Casino & Spa

DATED:  JANUARY 3, 2011
CLAC; 475571.1