IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A.
1125 Atlantic Avenue - Third Floor
Atlantic City, NJ 08401
(609) 344-3161
File No. 51154.22
Attorney for Defendant, Marina District Development Company, LLC d/b/a Borgata Hotel Casino & Spa

| | | |
|---|---|---|
| JOHAN DANIYAN, | : | NO. 07-cv-02734 (JHR)(JS) |
| Plaintiff | : | |
| vs. | : | Civil Action |
| BORGATA HOTEL CASINO, | : | **MOTION IN LIMINE TO LIMIT THE TESTIMONY OF <u>ELLA SIMPSON</u>** |
| Defendant. | : | |

TO:   GREGORY N. FILOSA, ESQUIRE _and_ MARY L. BEJARANO, ESQUIRE
      Attorneys for Plaintiff

PLEASE TAKE NOTICE that the undersigned, attorneys for Defendant, Marina District Development Company, LLC d/b/a Borgata Hotel Casino & Spa, will apply to the above named Court on Monday, January 10, 2011 at 9:00 a.m., or as soon thereafter as counsel may be heard, for an Order to limit the testimony of Ella Simpson. Reliance will be placed upon the attached Brief. A proposed form of Order is annexed.

                        COOPER LEVENSON APRIL
                        NIEDELMAN & WAGENHEIM, P.A.

                        BY: _____
                        NANCY A. VALENTINO, ESQUIRE
                        Attorney for Defendant, Marina District
                        Development Company, LLC d/b/a Borgata
                        Hotel Casino & Spa

DATED: JANUARY 3, 2011
CLAC; 475564.1