IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A.
1125 Atlantic Avenue - Third Floor
Atlantic City, NJ 08401
(609) 344-3161
File No. 51154.22
Attorney for Defendant, Marina District Development Company, LLC d/b/a Borgata Hotel Casino & Spa

| | |
|---|---|
| JOHAN DANIYAN, | : NO. 07-cv-02734 (JHR)(JS) |
| Plaintiff | |
| vs. | Civil Action |
| BORGATA HOTEL CASINO, | **MOTION IN LIMINE TO BAR SURVEILLANCE VIDEO** |
| Defendant. | |

TO: GREGORY N. FILOSA, ESQUIRE *and* MARY L. BEJARANO, ESQUIRE
   Attorneys for Plaintiff

PLEASE TAKE NOTICE that the undersigned, attorneys for Defendant, Marina District Development Company, LLC d/b/a Borgata Hotel Casino & Spa, will apply to the above named Court on Monday, January 10, 2011 at 9:00 a.m., or as soon thereafter as counsel may be heard, for an Order to bar surveillance video. Reliance will be placed upon the attached Brief. A proposed form of Order is annexed.

COOPER LEVENSON APRIL
NIEDELMAN & WAGENHEIM

BY: _____
NANCY A. VALENTINO, ESQUIRE
Attorney for Defendant, Marina District
Development Company, LLC d/b/a Borgata
Hotel Casino & Spa

DATED: JANUARY 3, 2011
CLAC; 509713.1