IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A.
1125 Atlantic Avenue - Third Floor
Atlantic City, NJ 08401
(609) 344-3161
File No. 51154.22
Attorney for Defendant, Marina District Development Company, LLC d/b/a Borgata Hotel Casino & Spa

| JOHAN DANIYAN, | : NO. 07-cv-02734 (JHR)(JS) |
|---|---|
| Plaintiff : | |
| vs. | Civil Action |
| BORGATA HOTEL CASINO, | **MOTION IN LIMINE TO BAR PLAINTIFF'S CLAIM REGARDING** |
| Defendant. : | **DISCIPLINES ALLEGED TO HAVE BEEN ISSUED IN RETALIATION FOR PLAINTIFF'S FIRST WORKERS COMPENSATION INJURY** |

TO:   GREGORY N. FILOSA, ESQUIRE *and* MARY L. BEJARANO, ESQUIRE
      Attorneys for Plaintiff

PLEASE TAKE NOTICE that the undersigned, attorneys for Defendant, Marina District Development Company, LLC d/b/a Borgata Hotel Casino & Spa, will apply to the above named Court on Monday, January 10, 2011 at 9:00 a.m., or as soon thereafter as counsel may be heard, for an Order to Bar testimony regarding disciplines alleged to have been issued in retaliation for plaintiff's first Workers Compensation injury. Reliance will be placed upon the attached Brief. A proposed form of Order is annexed.

COOPER LEVENSON APRIL
NIEDELMAN & WAGENHEIM, P.A.

BY: _____
NANCY A. VALENTINO, ESQUIRE
Attorney for Defendant, Marina District
Development Company, LLC d/b/a Borgata
Hotel Casino & Spa

DATED: JANUARY 3, 2011
CLAC; 475586.1