IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A.
1125 Atlantic Avenue - 3rd Floor
Atlantic City, NJ 08401
(609) 344-3161
File No. 51154.22
Attorney for Defendant, Marina District Development Company, LLC d/b/a Borgata Hotel Casino & Spa

| | | |
|---|---|---|
| JOHAN DANIYAN, | : | NO. 07-cv-02734 (JHR)(JS) |
| Plaintiff | : | |
| vs. | : | Civil Action |
| BORGATA HOTEL CASINO, | : | **DEFENDANT'S EXHIBIT LIST** |
| Defendant. | : | |

Defendant's Exhibits

1. Defendant intends to introduce the following exhibits into evidence;

| No. | Description | Date | Bates No |
|---|---|---|---|
| D-1 | Plaintiff's Offer letter | 4/5/2005 | 1 |
| D-2 | Guest Room Attendant Job Description | 4/5/2005 | 2 |
| D-3 | Employment Inquiry Release | 4/11/2005 | 11 |
| D-4 | Plaintiff's Employment Application | 4/5/2005 | 14-15 |
| D-5 | Electronic Employment Status | 6/22/2005 | 16 |
| D-6 | Plaintiff's Discipline – Verbal Coaching | 5/15/2005 | 21-22 |
| D-7 | Plaintiff's Discipline – Written Warning | 5/21/2006 | 23 |
| D-8 | Plaintiff's Discipline – Final Written Warning | 6/9/2005 | 24-25 |
| D-9 | Plaintiff's Discipline – Suspension | 6/17/2005 | 26 |
| D-10 | Plaintiff's Discipline – Termination | 6/20/2006 | 27 |
| D-11 | E-mails from Mira Zaras and Susan Guld | 6/23/2005 | 28 |
| D-12 | E-mail from Mira Zaras | 6/12/2005 | 29 |
| D-13 | Incident Report | 6/11/2005 | 30-33 |
| D-14 | E-mails from Mira Zaras | 6/24/2009 | 35 |
| D-15 | Plaintiff's Borgata Medical Pass | 5/7/2005 | 39 |
| D-16 | Plaintiff's Borgata Medical Pass | 5/8/2005 | 40 |
| D-17 | Policies and Procedures Review | 4/21/2005 | 43 |

|  |  |  |  |
|---|---|---|---|
|  | Acknowledgement |  |  |
| D-18 | Policy and Procedures Review Acknowledgment | 4/21/2005 | 44 |
| D-19 | Applicant Information Interview Sheet | 3/19/2005 | 45 |
| D-20 | Applicant Data Sheet | 3/14/2005 | 46-47 |
| D-21 | Electronic Application | 3/14/2005 | 48-53 |
| D-22 | Associate Recorded Events | 7/4/2007 | 54-55 |
| D-23 | Borgata Equal Employment Policy | 7/3/2003 | 96-100 |
| D-24 | Borgata Hiring Process | 7/3/2003 | 101-103 |
| D-25 | Borgata Introductory Period | 7/3/2003 | 104-105 |
| D-26 | Borgata Talent Relations Policy | 7/3/2003 | 106-107 |
| D-27 | Borgata Associate Assistance Program | 7/3/2003 | 109-111 |
| D-28 | Borgata Employment Applications Policy | 7/3/2003 | 112 |
| D-29 | Borgata Conduct and Work Rules Policy | 7/3/2003 | 113-125 |
| D-30 | Borgata Investigations Policy | 7/3/2003 | 126-134 |
| D-31 | Borgata Coaching and Progressive Discipline Policy | 7/3/2003 | 135-143 |
| D-32 | Memo re: Equal Opportunity | 4/18/2005 | 149 |
| D-33 | Plaintiff's Borgata W-2 Status | 2005 | 204 |
| D-34 | Collective Bargaining Agreement Local 54 | 12/23/2003 | 207-217 |
| D-35 | Borgata Drug and Alcohol Use and Testing Policy | 7/3/2003 | 218-226 |
| D-36 | E-mails to and from Susan Guld | 7/23/2005 | 228-229 |
| D-37 | Disciplinary Action Electronic Print Screen | 6/20/2205 | 246-248 |
| D-38 | Disciplinary Action Electronic Print Screen | 6/17/2005 | 249 |
| D-39 | Disciplinary Action Electronic Print Screen | 6/9/2005 | 250 |
| D-40 | Disciplinary Action Electronic Print Screen | 6/5/2005 | 251 |
| D-41 | Disciplinary Action Electronic Print Screen | 5/21/2005 | 252 |
| D-42 | Disciplinary Action Electronic Print Screen | 5/15/2005 | 253 |
| D-43 | Borgata Drug Screening Consent Form | 4/5/2005 | 261 |
| D-44 | E-mails from Susan Guld and Mira Zaras | 6/14/2005 | 271 |
| D-45 | Handwritten Notes re: Plaintiff's failure to submit documentation and return to full duty status | 6/11/2005 | 272 |
| D-46 | Radiology Report – Lumbar spine | 6/14/2005 | 287 |
| D-47 | Radiology Report – CT Lumbar | 6/14/2005 | 288 |
| D-48 | Atlantic City Medical Center Medical Clearance | 6/11/2005 | 290 |
| D-49 | PACE Patient Instruction Form | 6/14/2005 | 291 |
| D-50 | Memo from Susan Guld regarding suspension pending receipt of medical paperwork | 6/17/2005 | 293 |
| D-51 | Medical Unit Notes | 6/17/2006 | 294 |
| D-52 | Chronology of Events | 6/17/2005 | 295-296 |
| D-53 | Physical Therapy Request – leave work | 6/17/2005 | 297 |

|  |  |  |  |
|---|---|---|---|
|  | early to attend |  |  |
| D-54 | Medical Unit Notes | 6/17/2005 | 298-299 |
| D-55 | Physical Therapy Request | 6/15/2005 | 300 |
| D-56 | Borgata Medical Pass | 6/16/2005 | 301 |
| D-57 | Medical Unit Notes | 6/15/2005 | 302-303 |
| D-58 | Letter from Dr. Glenn Zuck of PACE Orthopedics | 6/14/2005 | 307-308 |
| D-59 | Drug Prescriptions | 6/14/2005 | 312-313 |
| D-60 | Borgata Medical Pass | 6/14/2005 | 314 |
| D-61 | Authorization to Brigantine Taxi Service | 6/14/2005 | 315 |
| D-62 | Medical Unit Notes | 6/13/2005 | 316-318 |
| D-63 | Borgata Consent for Drug Testing | 6/13/2005 | 320 |
| D-64 | Borgata Associate Illness Form | 6/13/2005 | 321-322 |
| D-65 | Medical One Worker's Compensation Report | 6/11/2005 | 323 |
| D-66 | Borgata Supervisor's Report of Associate Illness/Injury | 6/11/2005 | 327 |
| D-67 | Worker's Compensation First Report of Injury or Illness | 6/15/2005 | 337 |
| D-68 | Drug Test Log | 5/23/2005 | 361-376 |
| D-69 | Discipline/Termination – Janet Schroeder | 11/7/2005 | 598-599 |
| D-70 | Discipline/Termination – Stacy Brunetti | 9/22/2005 | 600-601 |
| D-71 | Discipline/Termination – Felicia C. Croker | 12/8/2005 | 602-603 |
| D-72 | Discipline/Termination – Mychael Branch | 12/8/2005 | 606-607 |
| D-73 | Discipline/Termination – Yana Yordanova | 8/29/2005 | 608-609 |
| D-74 | Discipline/Termination – Bambi L. Blount | 11/1/2005 | 612-613 |
| D-75 | Discipline/Termination – Florinda Palaez de Munoz | 10/7/2005 | 614-615 |
| D-76 | Discipline/Termination – Eli Stoyanova | 8/11/2005 | 620-621 |
| D-77 | Discipline/Termination – Yovani I. Nozario | 7/10/2005 | 632-633 |
| D-78 | Discipline/Termination – Jerusalem Tewoldeberhan | 9/3/2005 | 634-635 |
| D-79 | Discipline/Termination – Carol I. Smith | 12/10/2005 | 636-637 |
| D-80 | Discipline/Termination – Tauheed M. Shamsiddeen | 4/24/2005 | 668-669 |
| D-81 | Discipline/Termination – Holly A. Smith | 12/15/2005 | 670-671 |
| D-82 | Discipline/Termination – Mia A. Jones | 1/3/2005 | 698-699 |
| D-83 | Discipline/Termination – Esperenza Mejia | 3/21/2005 | 720-721 |
| D-84 | Discipline/Termination – Khalif S. Davis | 4/3/2005 | 727-728 |
| D-85 | Discipline/Termination – Socorro Perez | 9/1/2005 | 732-733 |
| D-86 | Discipline/Termination – Tatiana Bazhenova | 8/17/2005 | 738-739 |
| D-87 | Discipline/Termination – Agustin F. Nunez | 11/13/2005 | 742-743 |
| D-88 | Discipline/Termination – Iman C. White | 12/25/2005 | 746-747 |

| D-89 | Discipline/Termination – Jaime S. Reid | 1/3/2005 | 756-757 |
| D-90 | Discipline/Termination – Maria D. Gomez | 5/21/2005 | 758-759 |
| D-91 | Discipline/Termination – Sylvia E. Gonazalez | 10/23/2005 | 762-763 |
| D-92 | Discipline/Termination – Kumud Amin | 4/28/2005 | 768-769 |
| D-93 | Discipline/Termination – Melvin C. Timberlake, Jr. | 4/6/2005 | 782-783 |
| D-94 | Discipline/Termination – Elena Tarasova | 9/7/2005 | 790-791 |
| D-95 | Discipline/Termination – Johan E. Daniyan | 6/20/2005 | 792-793 |
| D-96 | 2005 Report of GRA's Issued Discipline | | 1994-2016 |
| D-97 | Borgata Worker's Compensation Medical Pass and Modified Duty Policy | 7/3/2003 | 2017-2029 |
| D-98 | Borgata Employment Applications Policy | 7/3/2003 | 2030 |
| D-99 | Plaintiff's Acknowledgement of Housekeeping Policies and Procedures Review | 4/21/2005 | 2031 |
| D-100 | Job Description for Housekeeping Heavy Porter | 5/27/2003 | 2131 |
| D-101 | Housekeeping Key Control Procedure | 7/2003 | 2140 |
| D-102 | Plaintiff's Tropicana Personnel File | 5/19/08 | |

By: _____
NANCY A. VALENTINO, ESQUIRE
Attorney for Defendant, Marina
District Development Company,
LLC d/b/a Borgata Hotel Casino & Spa

Dated: JANUARY 3, 2011

CLAC; 511243.1