IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A.
1125 Atlantic Avenue - Third Floor
Atlantic City, NJ 08401
(609) 344-3161
File No. 51154.22
Attorney for Defendant, Marina District Development Company, LLC d/b/a Borgata Hotel Casino & Spa

| | |
|---|---|
| JOHAN DANIYAN, | NO. 07-cv-02734 (JHR)(JS) |
| Plaintiff | |
| vs. | Civil Action |
| BORGATA HOTEL CASINO, | **PROPOSED PRELIMINARY JURY CHARGE WORKMENS' COMPENSATION RETALIATION** |
| Defendant. | |

In this case Mr. Daniyan claims that Borgata retaliated against him for filing a workmens' compensation claim. New Jersey law provides that an employer may not retaliate against an employee for making or attempting to make a claim for workmens' compensation.

To prevail on this claim, Mr. Daniyan must prove all of the following by a preponderance of the evidence:

First: Mr. Daniyan must prove that he made or attempted to make a claim for workmens' compensation.

Second: Mr. Daniyan must prove that he was retaliated against for making that claim.

*Galante v. Sandoz, Inc.,* 192 N.J. Super 403. 4192 N.J. Super 403, 407; 470 A.2d 45 (LawDiv. 1983)

Timing alone cannot establish that an employee was retaliated against for filing a workmens' compensation claim. *Morris v. Siemens Components, Inc.,* 908 F.Supp. 486, 493 (D.N.J. 1996)

By: /s/ Nancy A. Valentino
NANCY A. VALENTINO, ESQUIRE
Attorney for Defendant, Marina
District Development Company,
LLC d/b/a Borgata Hotel Casino & Spa

Dated: JANUARY 3, 2011
CLAC: 510767.1