IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A.
1125 Atlantic Avenue - Third Floor
Atlantic City, NJ 08401
(609) 344-3161
File No. 51154.22
Attorney for Defendant, Marina District Development Company, LLC d/b/a Borgata Hotel Casino & Spa

---

| | |
|---|---|
| JOHAN DANIYAN, | NO. 07-cv-02734 (JHR)(JS) |
| Plaintiff | |
| vs. | Civil Action |
| BORGATA HOTEL CASINO, | **DEFENDANT – BORGATA'S WITNESS LIST** |
| Defendant. | |

---

**WITNESSES**
Rocco Nicosia, Borgata
Mira Zaras, Borgata
Karen Brundage-Johnson, Borgata
Ray Gronau, Borgata
Harry Flores, Borgata
Alexander Macchione, Borgata
Sandra Becker, Borgata
Victor Vega, Borgata
L. Thomas, Medical One
Arlene Arcara, Medical One
Sherri Langsdorf, Medical One
Susan Haggerty Guld
Jim Shimp, NovaCare
Dr. Glenn Zuck, Pace Orthopedics
Nancy Lorraine
Ezzat Hanna

By: _____
NANCY A. VALENTINO, ESQUIRE
Attorney for Defendant, Marina
District Development Company,
LLC d/b/a Borgata Hotel Casino & Spa

Dated: JANUARY 3, 2011